## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| JUSTINO RAMIREZ, | ) | CIVIL ACTION NUMBER: 9:11-cv-00767-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | COMPLAINT |
| | ) | (JURY TRIAL REQUESTED) |
| O`REA & SONS HARVESTING & | ) | |
| HAULING, INC., MARTIN GARCIA, | ) | |
| and YESENIA L. MERINO, | ) | |
| | ) | |
| Defendants. | ) | |
| —————————————— | ) | |

Plaintiff alleges:

1.    Plaintiff is a citizen and resident of Beaufort County South Carolina. Upon information and belief Defendant O'Rea and Sons Harvesting and Hauling, Inc. (O`Rea) is incorporated in the State of Georgia, and transacts business in Beaufort County South Carolina.  Upon information and belief Defendant Martin Garcia (Garcia) is a citizen and resident of the State of Texas. Upon information and belief Defendant Yesenia L. Merino (Merino) is a citizen and resident of Metter, Georgia.

2.    This Court has jurisdiction by virtue of diversity of citizenship.

1

3.    At all times herein mentioned Defendant Garcia was an employee and/or agent of O'Rea and/or Merino.

4.    On June 28, 2010, at approximately noon Plaintiff was working in a field harvesting crops in Beaufort County South Carolina.  Defendant Garcia, operating a vehicle owned by Yesenia Merino, caused the vehicle to roll over Plaintiff's body.

5.    Defendants were negligent and reckless in one or more of the following ways:

    a)    Failing to monitor the location of individuals and/or in the vicinity of the vehicle;

    b)    Failing to keep a proper lookout;

    c)    Traveling at an unsafe rate of speed;

    d)    Failing to execute proper maneuvers to avoid Plaintiff;

    e)    Failing to exercise the degree of caution a reasonable and prudent person would have exercised under the same circumstances.

6.    As a direct result of Defendants` negligence/recklessness Plaintiff has sustained the following damages:

    a)    Medical bills including hospital, physician, and prescription charges;

    b)    Lost wages;

c)    Impairment of earning capacity;

d)    Physical and mental pain and suffering;

e)    Permanent impairment.

WHEREFORE, Plaintiff demands judgment against Defendants, individually and severally, in such amounts of actual and punitive damages as a trier of fact shall determine, for the costs of this action, and for such further relief as the court deems proper.

DRIGGERS LAW FIRM


/s/JOHNNY F. DRIGGERS, ESQUIRE
Post Office Box 757
108 Central Avenue, Suite 7
Goose Creek, South Carolina 29445
(843) 572-8222
Federal ID #606
ATTORNEY FOR PLAINTIFF

Goose Creek, South Carolina

March 30, 2011.